# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER - REOPENING/CLOSING

Case No. **CV10-6695 CBM(FMOx)**          Date: December 14, 2011

Title: Body by Jake Global, LLC vs Icon Health and Fitness, Inc., et al
==============================================

**PRESENT:**

      HONORABLE   **CONSUELO B. MARSHALL** , DISTRICT JUDGE

| Joseph M. Levario | not reported |
|---|---|
| COURTROOM DEPUTY CLERKS | COURT RECORDER |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| not present | not present |

**PROCEEDINGS:**  Minute Order (In Chambers/Off the Record)

other: remove case from the active caseload pending further order of Court.

__  Reopen Case Make JS-5

__  Case should have been closed on
_x_ Case settled but may be reopened if settlement is not consummated within 60 days. The Court retains jurisdiction over this action.  (JS-6)

                          Initials of Deputy Clerk _JL_